**FILED**
June 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HAMIRA CHECHI, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:14-cr-00169-KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Hamira Chechi</u>; Case <u>2:14-cr-00169-KJM</u> from custody and for the following reasons:

     \_     Release on Personal Recognizance

     \_     Bail Posted in the Sum of _____

     <u>X</u>     Secured Appearance Bond in the amount of $20,000.00 in Cash

     \_     Appearance Bond with 10% Deposit

     \_     Appearance Bond secured by Real Property

     \_     Corporate Surety Bail Bond

     <u>X</u>     (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>6/24/2014</u> at 2:30 pm.

By _____
Kendall J. Newman
United States Magistrate Judge