**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Hamira Chechi

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-00169-MCE-4 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER VACATING |
| | ) | THE CURENTLY SET |
| MOHAMMAD RIAZ KHAN, et al., | ) | STATUS CONFERENCE DATE OF |
| | ) | APRIL 23, 2015 AS TO |
| | ) | DEFENDANT HAMIRA CHECHI ONLY |
| DEFENDANTS. | ) | RESETTING THAT DATE TO |
| | ) | JUNE 18, 2015 |
| _____ | ) | |

**STATEMENT OF FACTS**

By previous order, this matter was set for status on April 23, 2015.

2.  By this stipulation, defendant Hamira Chechi now moves to continue the status conference set for her alone until June 18, 2015, and to exclude time between April 23, 2015 and June 18, 2015, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

a)  The government has represented that the discovery associated with this case includes business records from

_____

**Stipulation To Continue Status Order**

the California Employment Development, reports of witness interviews, and Grand Jury records. In addition, the related case includes a voluminous amount of business records and seized search warrant evidence that is relevant to this case. Discovery has been either produced directly to counsel or made available for inspection and copying. In addition, most of the persons involved in this case either as defendants or as potential witnesses are likely be in need the assistance of an interpreter in discussing there items with counsel. In order to allow the attorneys to appropriately identify and interview witnesses, as well as discuss the ramifications of different pieces of evidence as they may relate to the client's particular case. This process has a natural tendency to limit direct communication and requires extra care that the rights of such persons are scrupulously safeguarded while at the same time providing each lawyer with an opportunity adequately investigate the matter such witnesses may bring to the case and through all of this careful process thread a careful line between disclosure to help the client and possible over reaching in the area where the witness himself could has the possibility of making incriminating statements.

b)    Counsel for defendant desires additional time review the discovery, discuss possible settlement of this case and conduct additional investigation.

**Stipulation To Continue Status Order**

c)   Counsel   for   defendant   Hamira   Chechi   believes   that failure   to   grant   the   above-requested   continuance   would   deny counsel   the   reasonable   time   necessary   for   effective preparation,   taking   into   account   the   exercise   of   due diligence.

d)  The  government  does  not  object  to  the  continuance.

e)  Based  on  the  above-stated  findings,  the  ends  of  justice served   by   continuing   the   case   as   requested   outweigh   the interest   of   the   public   and   the   defendant's   in   a   trial within   the   original   date   prescribed   by   the   Speedy   Trial Act.

f)  For  the  purpose  of  computing  time  under  the  Speedy  Trial Act,  18  U.S.C.  §  3161,  et  seq.,  within  which  trial  must commence,  the  time  period  of  April  23,  2015  to  June  18, 2015,   inclusive,   is   deemed   excludable   pursuant   to   18 U.S.C.§  3161(h)(7)(A),  B(iv)  [Local  Code  T4]  because  it results   from   a   continuance   granted   by   the   Court   at defendants'  request  on  the  basis  of  the  Court's  finding that   the   ends   of   justice   served   by   taking   such   action outweigh  the  best  interest  of  the  public  and  the  defendant in  a  speedy  trial.

4.   Nothing  in  this  stipulation  and  order  shall  preclude  a  finding that  other  provisions  of  the  Speedy  Trial  Act  dictate  that  additional time  periods  are  excludable  from  the  period  within  which  a  trial  must commence.

**Stipulation To Continue Status Order**

**IT IS SO STIPULATED.**

Dated: April 19, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ JARED C. DOLAN
                                         JARED C. DOLAN
                                         Assistant United States Attorney

Dated: April 19, 2014                    /s/ Michael Aye
                                         MICHAEL AYE
                                         Counsel for Defendant
                                         HAMIRA CHECHI


                              **ORDER**


        IT IS SO ORDERED.

Dated:  April 24, 2015


                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                              UNITED STATES DISTRICT COURT

---

**Stipulation To Continue Status
Order**