1  **Michael J. Aye**, SBN 86288
   Attorney at Law
2  117 J Street, Suite 202
   Sacramento, CA 95814-2212
3  Telephone (916) 447-1278

4  ATTORNEY FOR DEFENDANT
   Hamira Chechi
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE
7                 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )   2:14-cr-00169-GEB-4
                                )
11      PLAINTIFF,               )
                                )   UNOPPOSED MOTION FOR RETURN
12      v.                       )   OF DEFENDANT'S PASSPORT IN
                                )   THE CUSTODY OF THE CLERK THE
13 HAMIRA CHECHI,                )   OF COURT AND FOR THE RETURN
                                )   OF THE $20,000.00 CASH BOND
14                               )   POSTED BY TARIQ M. CHECHI
                                )
15      DEFENDANT.               )
16 _____)

   IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Jared Dolan, Assistant United States Attorney, that the Court issue an order for the return of the defendant HAMIRA CHECHI's passport to defense counsel Michael J. Aye. Defendant's passport is in the custody of the Clerk of the Court for the Eastern District of California.

   IT IS FURTHER UNOPPOSED by Plaintiff, UNITED STATES OF AMERICA, through its counsel, Jared Dolan, Assistant United States Attorney, that the court issue an order for the return of the $20,000.00 cash bond, posted by Tariq M. Chechi, to secure the appearance of Defendant Hamira Chechi, to defense counsel

- 1 -

Michael J. Aye for him to make arrangements for the moneys return to Tariq M. Chechi.

**FACTUAL BASIS**

On June 20, 2014 defendant Hamira Chechi made her initial appearance before Magistrate Judge Kendall J. Newman. The matter was then put over to June 24, 2014 for detention hearing. At the detention hearing on June 24, 2014 defendant Hamira Chechi ordered released on a $20,000.00 cash bond. On June 24, 2014 the $20,000.00 for said Appearance Bond as to defendant Hamira Chechi was deposited with the clerk by funds provided by Tariq M. Chechi with Receipt No. CAE2000060725 being issued by of Clerk of the Court of the Eastern District.

On June 23, 2014 the court received passport number AG4162181 for defendant Hamira Chechi from attorney Michael J. Aye. (Docket No. 26.)

On September 29, 2017 defendant Hamira Chechi was sentenced to 36 months of probation.

Due to defendant making all appearances and now have been sentenced, defendant requests that the Court order the Clerk of the Court for the Eastern District of California to return defense counsel, so counsel can arrange to return the passport to his client

It is further requested that the court make an order for the release of the $20,000.00 paid by Tariq M. Chechi, Receipt No. CAE2000060725, to defense counsel Michael J. Aye, for its return to Tariq M. Chechi.

Respectfully submitted,

/s/ Michael Aye
MICHAEL AYE, Counsel For
Defendant, HAMIRA CHECHI

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order.

October 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge